

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES PALADINO : CIVIL ACTION

v. :

LEON KING, II, et al. : NO. 07-370

FILED
APR 22 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 21 day of April, 2008, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, the Response thereto, and all of petitioner's remaining motions, after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and in light of petitioner's § 2241 petitions filed in Civil Action Nos. 07-4342 and 07-3464, for the reasons set forth in the Report and Recommendation filed in this action and the Reports and Recommendations filed in petitioner's two other habeas cases, Civil Action Nos. 07-4342 and 07-3464, and after reviewing the objections of petitioner, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petitioner's three habeas petitions shall be consolidated under this civil action, Civil Action No. 07-370, and Civil Action Nos. 07-4342 and 07-3464 shall be closed;

3. The consolidated Petitions for Writs of Habeas Corpus are DISMISSED, without prejudice;

4. Petitioner's remaining motions are DENIED;

1

5. A certificate of appealability shall not issue since, for the reasons explained in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in dismissing the petition without prejudice.

BY THE COURT:

_____
BERLE M. SCHILLER, J.